1 | **GEOFFREY V. WHITE (SBN. 068012)**
**LAW OFFICE OF GEOFFREY V. WHITE**
2 | 351 California St., Suite 1500
San Francisco, California 94104
3 | Telephone: (415) 362-5658
Facsimile:  (415) 362-4115
4 | Email:  gvwhite@sprynet.com

5 | Attorneys for Plaintiff

6 | **ROBERT R. POHLS (SBN 131021)**
**POHLS & ASSOCIATES**
7 | 12657 Alcosta Boulevard, Suite 150
San Ramon, California 94583
8 | Telephone:  (925) 973-0300
Facsimile:   (925) 973-0330

9 |
10 | Attorneys for Defendants

11 |

12 |

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 |

16 | **ROBIN ALLENBY**,                    )    **Case No.  C-04-2423 TEH**
                                         )
17 |               Plaintiff,            )
                                         )    **JOINT REQUEST/STIPULATION FOR**
18 |       v.                            )    **EXTENSION OF TIME TO SUBMIT**
                                         )    **PROPOSED JUDGMENT and**
19 | **WESTAFF, INC.**, a Delaware corporation;  )  ~~**[PROPOSED]**~~ **ORDER**
    **WESTAFF, INC. LONG-TERM**          )
20 | **DISABILITY PLAN**; and **CANADA LIFE**  )
    **ASSURANCE CO.**, a Canadian Corporation,  )
21 |                                      )
               Defendants                )
22 | _____ )

23 |

24 |                          **STIPULATION**

25 |        The parties to the above action, through their undersigned counsel, respectfully request

26 | that the Court allow an additional 10 days for the parties to attempt to resolve their differences

27 | and submit a proposed Judgment, as directed by the Court's Order, filed December 12, 2006.

28 |        The parties agree that good cause exists for this extension of time, as follows:

---

JOINT REQUEST/STIPULATION FOR EXTENSION OF TIME TO SUBMIT PROPOSED JUDGMENT and
[PROPOSED] ORDER - Case No. C 06-4391 WHA                                           - 1 -

1.    The parties and their counsel have worked diligently following receipt of the Court's Order to obtain necessary documents concerning Plaintiff's Workers Compensation and Social Security Disability benefits, and have exchanged detailed information and calculations concerning the amount of retroactive benefits alleged to be due to Plaintiff under the Long-Term Disability Plan, the offsets for said benefits which may be deducted for Workers Compensation and Social Security Disability benefits, and the resulting accrued prejudgment interest thereon.

2.    The parties believe that additional time is necessary to allow them to review and research the differing calculations concerning said benefits and offsets, in an effort to resolve their dispute without further involvement by the Court.

3.    Accordingly, the parties jointly request that this Court allow them an additional 10 days, to and including January 22, 2007, to submit the proposed Judgment to the Court.

Respectfully submitted,

Dated: January 11, 2007                LAW OFFICE OF GEOFFREY V. WHITE


By___/s/_____
        Geoffrey V. White
        Attorneys for Plaintiff

Dated:  January 11, 2007              POHLS & ASSOCIATES


By____/s/_____
        Robert R. Pohls
        Attorneys for Defendants

**<u>ORDER ON STIPULATION</u>**

For good cause shown, the Court hereby orders that the date for the parties to submit a proposed Judgment, approved as to form by Defendants, shall be extended to January 22, 2007.


Dated:   01/11/07



_____
Honorable Thelton E. Henderson
United States District Judge

Judge Thelton E. Henderson

---