IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ALLENBY, | No. C 04-2423 TEH |
| Plaintiff, | |
| v. | **ORDER** |
| WESTAFF, INC., et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff's Motion for Award of Attorney's Fees and Non-Taxable Costs, noticed for March 19, 2007. Plaintiff, however, has not demonstrated compliance with Local Rule 54-6(b)(1) which requires that the parties "meet and confer" for the purpose of attempting to resolve any disputes prior to the filing of a motion to recover fees. Correspondence to opposing counsel does not satisfy the meet and confer requirement; rather the Court expects that counsel shall meet and confer in good faith in an effort to resolve or narrow the issues raised by the Plaintiff's motion.

Accordingly, and good cause appearing, the March 19, 2007 hearing date is vacated. If the meet and confer process proves unsuccessful or if, for some reason, no such conference can be held, Plaintiff shall re-notice the motion with a supporting declaration that satisfies the requirements of Local Rule 54-6(b)(1).

**IT IS SO ORDERED.**

Dated: 2/15/07

THELTON E. HENDERSON
UNITED STATES DISTRICT
JUDGE