**GEOFFREY V. WHITE (SBN. 068012)**
**LAW OFFICE OF GEOFFREY V. WHITE**
351 California Street, 15th Floor
San Francisco, CA 94104
Telephone: 415-362-5658
Facsimile: 415-362-4115

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROBIN ALLENBY,**

Plaintiff,

**V.**

**WESTAFF, INC.**, a Delaware corporation; **WESTAFF, INC. LONG-TERM DISABILITY PLAN**; and **CANADA LIFE ASSURANCE CO.**, a Canadian Corporation,

Defendant.

**Case No. C 04-02423 TEH**

**STIPULATION AND ORDER RE ATTORNEYS' FEES AND COSTS TO BE AWARDED PLAINTIFF**

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their undersigned attorneys as follows:

1. Judgment was entered in favor of Plaintiff Robin Allenby in this action on January 25, 2007;

2. Plaintiff filed a Bill of Costs in this action on February 8, 2007 seeking taxable costs in the amount of $472.50;

3. Plaintiff filed a Motion for Award of Attorneys' Fees and Non-Taxable Costs in this action on February 8, 2007 originally noticed for hearing on March 19, 2007 in Courtroom 12 of this Court;

4. Plaintiff and Defendants have reached a full and complete settlement as to the

amount that Plaintiff will be awarded for attorneys' fees and costs in this action, and specifically have agreed that Defendant Canada Life Assurance Co. ("Canada Life") will pay attorneys' fees in the amount of $105,000.00 and costs (taxable and non-taxable) in the total amount of $3,472.50;

5. Within 14 days of receipt of this Stipulation executed by Plaintiff's attorney, Canada Life's attorneys will send Plaintiff's attorney a check in the amount of $108,472.50 as full payment of the total attorneys' fees and costs to which Plaintiff is entitled in this action;

6. In consideration of the payment referenced in paragraph 5 above, and pursuant to the agreement of the parties, the Motion for Award of Attorneys' Fees and Non-Taxable Costs filed on February 8, 2007 in this action shall be taken off calendar and dismissed with prejudice;

7. No opposition will be filed or required by the Defendants to Plaintiff's Motion for Award of Attorneys' Fees and Non-Taxable Costs, because the issues raised in that motion have been fully settled and resolved as set forth herein;

8. The Court shall make no award for attorneys' fees and costs to Plaintiff pursuant to said motion because the parties have informally resolved this issues as set forth above.

Dated: March 7, 2007

LAW OFFICE OF GEOFFREY V. WHITE

By [signature]
Geoffrey V. White
Attorneys for Plaintiff Robin Allenby

Dated: March 7, 2007

POHLS & ASSOCIATES

By [signature]
Robert R. Pohls
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: 03/09/07

[signature]
Thelton E. Henderson
United States District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Thelton E. Henderson