Robert R. Pohls (California Bar #131021)
**POHLS & ASSOCIATES**
One Walnut Creek Center
100 Pringle Avenue, Suite 235
Walnut Creek, California  94596
Telephone:  (925) 937-1773
Facsimile:  (925) 937-1763

Attorneys for Defendants **Westaff, Inc.**,
**Westaff, Inc. Long-Term Disability Plan**,
and **The Canada Life Assurance Company**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ALLENBY,<br><br>          Plaintiff,<br><br>     vs.<br><br>WESTAFF, INC., a Delaware corporation, WESTAFF, INC. LONG-TERM DISABILITY PLAN, and CANADA LIFE ASSURANCE CO., a Canadian corporation,<br><br>          Defendants. | Case No. C04-2423 TEH<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

///

///

///

IT IS HEREBY STIPULATED, by and among plaintiff Robin Allenby, defendant Westaff, Inc., defendant Westaff, Inc. Long-Term Disability Plan, and defendant The Canada Life Assurance Company, through their respective attorneys of record herein, that this action be dismissed in its entirety, with prejudice, and with each party to bear its own attorneys' fees and costs.

**LAW OFFICE OF GEOFFREY V. WHITE**

DATED: April 29, 2008

_____
Geoffrey V. White
Attorneys for Plaintiff **Robin Allenby**

**POHLS & ASSOCIATES**

DATED: April 28, 2008

_____
Robert R. Pohls
Attorneys for Defendants **Westaff, Inc.**,
**Westaff, Inc. Long-Term Disability Plan**,
and **The Canada Life Assurance Company**

### ORDER

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED:  04/29 , 2008

_____
Hon. Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*